| | |
|---|---|
| 1 | KAYE SCHOLER LLP |
|  | PAMELA J. YATES, Bar Number 137440 |
| 2 | 1999 Avenue of the Stars, Suite 1700 |
|  | Los Angeles, California  90067 |
| 3 | Telephone:  (310) 788-1000 |
|  | Facsimile:   (310) 788-1200 |
| 4 | |
|  | Attorneys for Defendants |
| 5 | Pharmacia and Upjohn Company LLC and Pfizer Inc. |
| 6 | STEBNER AND ASSOCIATES |
|  | Kathryn A. Stebner, Bar Number 121088 |
| 7 | 870 Market Street, Suite 1212 |
|  | San Francisco, California 94102 |
| 8 | Telephone: (415) 362-9800 |
|  | Facsimile: (415) 362-9801 |
| 9 | |
|  | Attorneys for Plaintiff |
| 10 | Nancy Scorza |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY SCORZA, | ) | CASE NO. 2:08-CV-03050-LKK-GGH |
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME TO APPEAR** |
| v. | ) | |
| WYETH, et al., | ) | |
| Defendant. | ) | |

It is STIPULATED by plaintiff and defendants Pharmacia & Upjohn Company LLC and Pfizer Inc. that the above-captioned action shall be STAYED for 60 days and that dates currently set by this Court be taken off calendar, pending transfer to the In re Prempro Prods. Liab. Litig. Multidistrict Litigation ("MDL") proceeding (MDL No. 1507) pending in the United States District Court for the Eastern District of Arkansas (the "MDL Court").  All deadlines including, but not limited to, defendants'

1   time to file a responsive pleading shall be extended until 30 days after transfer to the
2   MDL Court is effective, or as otherwise ordered by the MDL Court.
3
4   Dated: January 16, 2009                KAYE SCHOLER LLP
5
                                           By:   /s/
6                                                Pamela J. Yates
                                           Attorneys for Defendants
7                                          PHARMACIA & UPJOHN COMPLANY LLC
                                           and PFIZER INC.
8
9   Dated: January 15, 2009                    STEBNER AND ASSOCIATES
10                                         By:   /s/
                                                 Kathryn A. Stebner
11                                         Attorneys for Plaintiff
                                           NANCY SCORZA
12
13          IT IS SO ORDERED.
14
15  Dated: January 26, 2009
16
17  KAYE SCHOLER llp                      _____
                                           LAWRENCE K. KARLTON
18                                         SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kaye Scholer LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067-6048.

On **January 21, 2009,** I served the foregoing document described as **STIPULATION TO EXTEND TIME TO APPEAR** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Counsel for Plaintiff**

Kathryn A. Stebner
Stebner and Associates
870 Market Street, Suite 1212
San Francisco, CA 94102

Michael L. Williams
Leslie O'Leary
Williams Love O'Leary Craine & Powers, P.C
9755 S.W. Barnes Road, Suite 450
Portland, OR 97225

Bryan O. Blevins, Jr.
Christopher T. Kirchmer
Provost Umphrey Law Firm
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

**Local Counsel for Barr**

Michael P. Pulliam
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

  X   **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

  X   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 21, 2009**, at Los Angeles, California.

_____SHELLA C. ANDERSON_____        _____
              Name                                  Signature

2

23261051.WPD